BEENE, for petitioner.

---

### GWYNN v. WEAVER.

IN this case, final judgement by default had been taken within the six first days of the term, to which the writ was returnable.   The Court, as in the case of Rather against Owen, [a] considered the judgement as taken before the time by law allowed to the defendant to plead had expired.   Reversed and remanded.

[a] Ante p. 38.